CONCETTA CASTAGNO, as Administratrix, etc., of CARMINE CASTAGNO, Deceased, Respondent, v. MOLLY VILLAREAL, Sometimes Called AMALIA WILD VILLAREAL, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

HENRY S. CHESEBRO, Respondent, v. ALBERT A. MOERS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ.

ALLEN L. CHURCHILL, Appellant, v. BENJAMIN F. BUCK, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.

SOLOMON FROMM, Respondent, v. THE CITY OF NEW YORK and LINDLEY M. GARRISON, as Receiver, etc., Appellants.— Judgment reversed and new trial granted, with costs to abide the event, unless within ten days plaintiff stipulates to reduce the rental damages recovered to the sum of $1,200; in which event the judgment as so modified is unanimously affirmed, with costs, upon the ground that in no event could the defendant receiver be responsible for rental damages prior to the date of his appointment. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

RICHARD GODFREY, Respondent, v. BROOKLYN EDISON COMPANY, INC., Appellant.— Order affirmed, with ten dollars costs and disbursements, upon the opinion of Mr. Justice Kelby at Special Term. [Reported in 115 Misc. Rep. 21.] Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

JOHN H. ISQUITH, Respondent, v. CLAIRE G. HOLLENDER ISQUITH, Appellant.— Interlocutory judgment of annulment of marriage affirmed, with costs. No opinion. Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

GEORGE H. JACKSON, Respondent, v. BERNARD RENTROP, Appellant.— Judgment reversed and new trial granted, costs to abide the event. It was the duty of the court to dispose of all the issues raised by the pleadings, both legal and equitable, and at the conclusion of the trial to grant such relief as the facts proved warranted, either legal or equitable. (*City of New York* v. *Matthews*, 213 N. Y. 563; *Wasserman* v. *Taubin*, 129 App. Div. 691.) Blackmar, P. J., Mills, Rich, Putnam and Jaycox, JJ., concur.

MARY McAULEY, as Administratrix, etc., of PATRICK J. McAULEY, Deceased, Appellant, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Mills, Putnam, Kelly and Jaycox, JJ.